GABRIEL GLADSTONE *v.* ADMINISTRATOR, UNEMPLOY-
MENT COMPENSATION ACT, ET AL.
(4424)

DUPONT, C. J., HULL and SPALLONE, Js.

Argued January 15—decision released January 22, 1987

*Max F. Brunswick,* for the appellant (plaintiff).

*Robert B. Teitelman,* assistant attorney general, with whom, on the brief, were *Joseph I. Lieberman,* attorney general, and *Robert E. Walsh,* assistant attorney general, for the appellee (named defendant).

PER CURIAM. We have thoroughly reviewed the record and briefs filed in this appeal. After affording those claims of error that are properly before us the appropriate scope of review, we conclude that the trial court acted reasonably and in accordance with the law.

There is no error.